UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| William Thomason, Jr. as Executor and Surviving Closest Relative of William Poole Thomason and Eugenia McCuen Thomason,<br><br>    Plaintiff,<br><br>vs.<br><br>Toyota Motor Engineering & Manufacturing North America, Inc., Toyota Motor Manufacturing, Kentucky, Inc., and Toyota Motor Sales, U.S.A., Inc.<br><br>    Defendants. | Civil Action No.: 6:14-cv-04895-BHH<br><br>**ORDER STAYING PROCEEDINGS FOR NINETY (90) DAYS** |

  Plaintiff William Thomason, Jr., by his counsel; and all Toyota Defendants, by their counsel, hereby jointly move the Court for the entry of an Order staying all proceedings in this matter for a period of ninety (90) days to enable the respective parties to engage in early resolution efforts; and counsel for all parties having represented to the Court that they have met and conferred and are in agreement that the requested stay offers opportunities for the potential resolution of all claims involved in the instant case, the Court does hereby, in the exercise of its discretion, stay all proceedings, including motion practice, discovery, pretrial and related activity, for a period of ninety (90) days, commencing as of the date of entry hereof. If the case is unresolved at the expiration of the ninety (90) day period, the parties shall reconvene the Rule 26(f) conference within 2 weeks of the expiration of the stay.

2

        s/Bruce Howe Henricks
_____
The Honorable Bruce H. Hendricks
U.S. District Judge

March 16, 2015
Greenville, South Carolina.